# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

LETITIA M. BOWENS,

Plaintiff,

v.

ACCOUNT RECOVERY SOLUTIONS, LLC,

Defendant.

Case No.: 1:18-cv-07816

Honorable Judge Harry D. Leinenweber

## ATTORNEY FEES AND COSTS

**Attorney Fees:**

| Date | Description | Attorney/Staff | Rate | Time | Amount |
|---|---|---|---|---|---|
| 11/08/2018 | Review of documents to verify potential causes of action | Alexander J. Taylor | $425.00 | 0.5 | $212.50 |
| 11/08/2018 | Researched proper defendant | Alexander J. Taylor | $425.00 | 0.3 | $127.50 |
| 12/06/2018 | Verified facts to determine if all elements of FDCPA and TDCA are present | Alexander J. Taylor | $425.00 | 1.0 | $425.00 |
| 12/06/2018 | Draft/Revised Complaint | Alexander J. Taylor | $425.00 | 2.5 | $1062.50 |
| 11/27/2018 | Filed Complaint, Issued Summons and sent to process server | Laura Dixon | $125.00 | 0.75 | $93.75 |
| 02/20/2018 | Filed Executed Summons | Laura Dixon | $125.00 | 0.2 | $25.00 |
| 03/17/2018 | Draft Motion for Entry of Default Judgment | Alexander J. Taylor | $425.00 | 0.5 | $212.50 |
| 03/18/2018 | Filed Motion for Entry of Default Judgment and sent to Defendant | Laura Dixon | $125.00 | 0.5 | $75.00 |
| 05/22/2019 | Drafted Motion for Default Judgment | Alexander J. Taylor | $425.00 | 1.5 | $637.50 |

$2871.25

**Costs:**

| | |
|---|---|
| Filing Fee | $400.00 |
| Service (R.O.S. Consulting, Inc.) | $165.00 |
| **Total Costs** | **$565.00** |

**Grand Total**

| | |
|---|---|
| Attorney Fees | $2,871.25 |
| Costs | $565.00 |
| **Total** | **$3,436.25** |