# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

LETITIA M. BOWENS,

Plaintiff,

v.

ACCOUNT RECOVERY SOLUTIONS, LLC,

Defendant.

Case No.: 1:18-cv-07816

Honorable Judge Harry D. Leinenweber

## **DEFAULT JUDGMENT ORDER**

1. Judgment by Default is entered in favor of Plaintiff Jacob Lewis and against Defendant

   Account Recovery Solutions, LLC, as follows:

   a. Damages $19,000.00

   b. Attorney Fees $2,871.25

   c. Costs $565.00

2. Allowing judgment interest to be added per diem.


Dated: _____

Entered:

/s/_____