UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LETITIA M. BOWENS,<br><br>Plaintiff,<br><br>v.<br><br>ACCOUNT RECOVERY SOLUTIONS, LLC,<br><br>Defendant. | Case No.: 1:18-cv-07816<br><br>Honorable Judge Harry D. Leinenweber |

### PLAINTIFF'S MOTION TO WITHDRAW PLAINTIFF'S FIRST MOTION FOR DEFAULT JUDGMENT

**NOW COMES** LETITIA M. BOWENS ("Plaintiff"), by and through her attorneys, Sulaiman Law Group, Ltd. ("Sulaiman"), moves this Court to allow her to withdraw her first filed Motion for Default Judgment.

1. On May 23, 2019, Plaintiff filed a Motion for Default Judgment as to Account Recovery Solutions, LLC [Dkt 14].

2. Plaintiff immediately filed a Corrected Motion for Default Judgment as to Account Recovery Solutions, LLC [Dkt 15].

WHEREFORE, Plaintiff respectfully requests this Honorable Court allow her to withdraw her first filed Motion for Default Judgment as to Account Recovery Solutions, LLC [Dkt 14].

Dated: May 23, 2019

Respectfully Submitted,

*/s/ Alexander J. Taylor*
Alexander J. Taylor
*Counsel for Plaintiff*
Sulaiman Law Group, LTD
2500 S. Highland Ave., Suite 200
Lombard, Illinois 60148
Phone: (630) 575-8181

ataylor@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 23, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

      *s/ Alexander J. Taylor*
      Alexander J. Taylor, Esq.